UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

v.

IBRAHIM AOUN,

  Defendant.
_____/

Case No. 13-20239

Honorable John Corbett O'Meara

F I L E D
FEB 1 7 2017
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

## ORDER GRANTING GOVERNMENT'S
## MOTION FOR COMMUNICATIONS AND CORRESPONDENCE

  This matter came before the court on the government's January 6, 2017 motion for copies of certain attorney-client communications and correspondence. No response was filed, and no oral argument was heard.

  The government asserts that it needs the information in order to respond effectively to defendant Ibrahim Aoun's motion to vacate, set aside or correct his sentence. When a habeas petitioner claims that he received ineffective assistance of counsel, he puts communications between himself and his attorney directly in issue; and thus by implication the petitioner waives the attorney-client privilege with respect to those communications. See Strickland v. Washington, 466 U.S. 668, 691 (1984); In re Lott, 424 F.3d 446, 453 (6th Cir. 2005).

Therefore, it is hereby **ORDERED** that the government's motion for copies of certain attorney-client communications and correspondence is **GRANTED**.

*/s/ John Corbett O'Meara*
John Corbett O'Meara
United States District Judge

Dated: February 17, 2017